_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 18-01566-JLS (JDE)                         Date:  October 24, 2018
Title:  Natalie Lambert v. Uniregistry, Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**         (In Chambers) SCHEDULING ORDER

On the Court's own motion, the Scheduling Conference set for hearing October 26, 2018, is VACATED and taken off calendar, and the following dates are set.  Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date. Finally, the dates below have been adjusted in accordance with the Order Setting Scheduling Conference and will not be continued absent a showing of good cause.  *See* Fed. R. Civ. P. 16(b)(4).

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | December 26, 2018 |
| Fact Discovery Cut-off: | September 6, 2019 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in  Limine): | September 20, 2019 |
| Last Day to Serve Initial Expert Reports: | September 20, 2019 |
| Last Day to Serve Rebuttal Expert Reports: | October 18, 2019 |
| Last Day to Conduct Settlement Proceedings: | November 8, 2019 |
| Expert Discovery Cut-off: | November 15, 2019 |

_____

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 18-01566-JLS (JDE)                                            Date:  October 24, 2018
Title:  Natalie Lambert v. Uniregistry, Inc. et al

Last Day to File *Daubert* Motions:                                          November 22, 2019

Last Day to File Motions in Limine (excluding *Daubert* motions):            December 13, 2019

Final Pretrial Conference (10:30 a.m.):                                      January 10, 2020

Preliminary Trial Estimate:[1]                                               6-8 days

                                                                             Initials of Preparer:  tg

___

[1] This is the parties' estimate.  The Court may allot fewer days for trial.

___

**CIVIL MINUTES – GENERAL**                                                                 2