WILLIAM M. CROSBY (SBN: 49357)
13522 Newport Avenue, Suite 201
Tustin, CA 92780
Telephone: (714) 544-2493
Facsimile: (714) 544-2497
Email: wcrosby@wcrosbylaw.com

Attorney for Plaintiff
NATALIE LAMBERT

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE LAMBERT,<br><br>       Plaintiff,<br><br>v.<br><br>UNIREGISTRY, INC., a Delaware corporation; SEVAN DERDERIAN; DOES I through X, inclusive,<br><br>       Defendants. | CASE NO. 8:18-cv-01566-JLS (JDEx)<br><br>**DECLARATION OF NATALIE LAMBERT IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed and Served Concurrently with Memorandum of Points and Authorities and Argument in Opposition to Defendants' Motion for Summary Judgment; and Plaintiff's Statement of Genuine Issues in Response to Defendants' Separate Statement of Alleged Uncontroverted Facts and Conclusions of Law]*<br><br>Date:  November 15, 2019<br>Time:  10:30 a.m.<br>Ctrm:  10A |

I, Natalie Lambert, hereby declare:

1. I am the plaintiff in the above action. I make this declaration in opposition to the Motion for Summary Judgment filed by defendants herein. The following facts are within my personal knowledge and if called upon as a witness I could and would testify competently thereto.

///

1

2.  I have a Bachelors Degree in Marketing and Management from Northwood University in West Palm Beach, Florida.  Prior to my employment with defendant Uniregistry, Inc. ("Uniregistry"), I was employed as Vice President of City Development for Castello Cities Internet Network for over seven years.  Prior to working at Uniregistry and for approximately 3-1/2 years since, I was never terminated from a job for performance or conduct related reasons.

3.  I was employed at Uniregistry from October 28, 2014 to March 23, 2015 as Director of Business Development.  From the outset of my employment and continuously thereafter, I was subject to inappropriate and offensive treatment, which I contend was based on my gender, by my supervisor, defendant Sevan Derderian ("Derderian"), Vice President of Sales.  This harassment is described in the Complaint herein, as well as in my responses to Interrogatories and in my deposition.

4.  On November 19, 2014, I made a written complaint to the President of the company, Frank Schilling, regarding Mr. Derderian's conduct.  Mr. Derderian treated me in an even more hostile manner thereafter.  To my knowledge, no investigation or remedial action was taken regarding my written complaint.  In December of 2014 and January of 2015, I learned that over 21 fraudulent online credit applications were submitted in my name.  In addition, I also experienced unwarranted changes to my work email password, and my access to Uniregistry's database was restricted.  I told Uniregistry's General Counsel, as well as Francisco Obispo the IT Director, that I believed Mr. Derderian was responsible for the above discriminatory and retaliatory acts.  Further, I was not provided special rates that were provided to the male sales executives.  If I would have been provided with these special rates, my sales would have increased.  Due to these

2

DECLARATION OF NATALIE LAMBERT IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  and other efforts, which I believe were made deliberately to sabotage

2  my sales, I was not able to increase my sales to the degree to which

3  I believe I would have otherwise been able to do.  Finally, I had been

4  promised that I would be able to do outside sales, but after I was

5  hired I was told that I had to stay in the office and call customers

6  rather than go out in the field to meet with them.

7      5.  For these reasons I was shocked and surprised to receive the

8  email of March 6, 2015 from Bret Fausett, General Counsel, alleging

9  that I had made insufficient sales.

10     6.  Less than three weeks later, without any further counseling

11 or specific sales goals ever having been provided, I was told by

12 Michael Ward, Operations Manager, that I was being terminated "because

13 (my) numbers did not meet expectations."  I did not believe that I had

14 been given close to sufficient time to build relationships or develop

15 business, particularly after having been subject to abusive conduct by

16 my boss and having been sabotaged in the performance of my duties.  I

17 had moved from Florida to California, shipped all of my belongings,

18 and signed a one year lease.  I was then forced to break my lease and

19 pay to have my belongings shipped back to Florida.  I did not find

20 full time employment again until March of 2017.  Due to my resultant

21 depression and anxiety, I received treatment from Alexis Brown, Psy.D.

22 on a weekly basis in 2016 and 2017, and from Jan Ganesh, Psy.D.

23 intermittently during that period.

24     7.  Following my return to Florida in September of 2015, I

25 contacted the law firm of Scott Wagner & Associates regarding my

26 possible claims.  Based on the information provided by that law firm,

27 on September 22, 2015 I filed a Charge of Discrimination and

28 Retaliation with the Los Angeles office of the EEOC.  I included

DECLARATION OF NATALIE LAMBERT IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

1    Uniregistry's Newport Beach, California address on my Charge. See

2    **Exhibit A.** On September 28, 2015, I received an intake questionnaire

3    from the EEOC stating in part: "We have also notified the employer

4    that you are filing a charge, which we are required to do." See

5    **Exhibit B.** I know that Mr. Derderian was still employed at the

6    Newport Beach office of Uniregistry at this time. On January 19,

7    2016, the EEOC filed a Charge of Discrimination and Retaliation. See

8    **Exhibit C.** The EEOC's Charge did not include as a defendant Mr.

9    Derderian, even though I had listed his name three times in my Charge

10    as the person who had abused and sexually harassed me. On the same

11    date my Charge was dual filed with the DFEH, I did not ask either the

12    EEOC or the DFEH to issue an immediate right-to-sue letter. However

13    I received a "right-to-sue" letter from the DFEH dated January 19,

14    2016 which stated: "Pursuant to Government Code section 12965,

15    subdivision (d)(1), this one-year period will be tolled during the

16    pendency of the EEOC's investigation of the complaint." See **Exhibit**

17    **D.** I therefore expected the EEOC to perform an investigation, and was

18    assured of this when I reviewed a letter dated February 1, 2016 from

19    the EEOC that stated: "Pursuant to the worksharing agreement, this

20    charge is to be initially investigated by the EEOC." See **Exhibit E.**

21         8. I was then surprised to receive a "right-to-sue" letter from

22    the EEOC dated the same day - February 1, 2016 - since I did not

23    understand how they could have conducted a thorough investigation in

24    less than two weeks. See **Exhibit F.** No one from the EEOC had

25    contacted me to interview me further, or advise as to the status of

26    the investigation.

27    ///

28    ///

4

DECLARATION OF NATALIE LAMBERT IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

9.   In a telephone conversation on February 24, 2016, I was told by John Sohn, EEOC Manager, that if I provided evidence they would reevaluate my case and investigate it.   Thereafter I sent a letter along with a number of documents supporting my claims to Mr. Sohn at the EEOC.   See **Exhibit G.**  On April 13, 2016, Brandon Mancina, an EEOC Investigator, told me that "these investigations take a long time" and that I should "continue to follow up regarding the status of the investigation," and to let him know if I had additional evidence.

10.   From May of 2016 through March 10, 2017, I had periodic conversations with EEOC employees, including Saul Vasquez, who I believe was an Investigator, and Patricia Kane, an EEOC Enforcement Officer.   On March 3, 2017 and March 10, 2017, Ms. Kane assured me that my right-to-sue letter was being re-evaluated and investigated and to let her know if I had additional evidence.   She also stated that I had a good legal argument.

11.   My belief that I had additional time to file a civil lawsuit was also based on advice by my counsel at Scott Wagner & Associates, that given these assurances by the EEOC I would in fact have additional time.

12.   I was unaware of whether or not the Charges and right-to-sue letters previously issued by the EEOC and the DFEH had in fact been sent to Uniregistry or Mr. Derderian.   On March 23, 2017, my counsel at Scott Wagner & Associates sent a letter to Uniregistry outlining my claims.   This was sent in the belief that since the EEOC had assured me that it would need additional time to complete its investigation and issue a subsequent right-to-sue letter that there was ample time left in which to file a civil lawsuit.

///

DECLARATION OF NATALIE LAMBERT IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

13.   On March 23, 2017, my attorney Lindsey Wagner sent a letter to Patricia Kane, the EEOC Enforcement Officer, advising that Scott Wagner & Associates would be representing me in further communications with the EEOC.   See **Exhibit H.**   On March 31, 2017 Ms. Wagner sent a further letter to Ms. Kane with additional documents supporting my claims.   See **Exhibit I.**

14.   I received a letter dated May 25, 2017 from Rosa M. Viramontes, District Director of the Los Angeles District Office of the EEOC, advising of the "Notice of Intent to Reconsider" pursuant to 29 CFR 1601.21.   See **Exhibit J.**   I was surprised to learn that there had been a Dismissal of the Right-To-Sue on February 1, 2016.   Not only had I not been advised of this, but as stated above, I had been reassured repeatedly that the investigation was ongoing based on my original Charge.

15.   Attached hereto collectively as **Exhibit K**, are a series of emails dated from July 18, 2017 through January 23, 2018 between Jacqueline Escobar, EEOC Investigator, and Lorraine Ocheltree, Uniregistry's counsel, reflecting a very substantial delay in Uniregistry's response to the EEOC's request for information.   After attempting to arrange interviews with three witnesses on July 18, 2017, it was not until January 23, 2018 that a single affidavit apparently was obtained by Vern Jurovich, which he apparently declined to sign.   These emails, which I obtained through the FOIA, appear to reflect a lack of cooperation by Uniregistry and a questionable basis for the EEOC closing its investigation (with only one unsigned affidavit).

///

///

DECLARATION OF NATALIE LAMBERT IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

16.   On February 6, 2018, the EEOC issued its subsequent right-to-sue letter.  See **Exhibit L.**  Because I was living in Boynton Beach, Florida and needed to find an attorney who would file a civil lawsuit for me in Southern California, it took me some time to locate such an attorney.   I contacted William M. Crosby in July of 2018 and filed my civil lawsuit alleging claims under the Fair Employment and Housing Act for Sexual Harassment (Gov. Code, § 12940(j)) and Retaliation (Gov. Code, § (h)) on July 24, 2018.   After prompt service of the Complaint on defendants Uniregistry, Inc. and Sevan Derderian, the Complaint was removed to the United States District Court, Central District of California, based on diversity of citizenship on September 4, 2018.

17.   I at all times believed that I had filed my Charge with the EEOC as required by law, and that the EEOC had complied with its obligations to conduct an investigation pursuant to its statutory authority.   The repeated assurances to me by the EEOC's agents as indicated above reinforced my belief in that regard.  At no time have I willfully attempted to delay any investigation or the filing of this action, and my counsel has complied with all applicable deadlines required by the District Court in the prosecution of my civil lawsuit. I very much want to have my day in court as a result of the great financial and emotional harm caused me by defendants, and I want the defendants to be held accountable for their wrongful conduct.

18.   Regarding defendants' argument that they have been prejudiced by the delay of almost three and a half years (from my termination in March of 2015 to my filing of this action in August of 2018), it was not my intention to cause any undue delay.   I believed that it was necessary for the EEOC to investigate my claims prior to

7

filing, and the EEOC did not complete its investigation until February of 2018.  Also regarding the absence of witnesses, I believe that it is I who will suffer more prejudice due to the inability to call two witnesses, Michael Ward and Manu Lanctot.  Mr. Ward, Director of Operations, saw Mr. Derderian abuse me and was aware of my complaints regarding the unwarranted changes to my work email password, as well as my access to the company database being restricted.  Also, my attorney will be unable to cross-examine him as to the reasons for my termination.  Mr. Lanctot, an employee in the IT Department, was aware of my complaints regarding the unwarranted changes to my work email password.  He knew nothing about my sexual harassment complaints.

19.  Regarding my alleged failure to recall things during my deposition, these were generally in response to immaterial questions in a very lengthy deposition.  If I could not clearly recall something, I would respond "not that I recall."  I did this to make sure that in the event I did clearly recall something later, I could supplement my testimony.  I had no trouble clearly recalling the specifics of the wrongful conduct perpetrated by the defendants, such as the abusive and harassing treatment I received and how I was treated differently from the male employees.  In reviewing my deposition transcript, I did not supplement my testimony.

20.  When I responded to the interrogatories in this case as to why the statute of limitations had not run, I was not asked to explain why the subsequent February 6, 2018 EEOC right-to-sue letter was subject to equitable tolling, or why the EEOC should be estopped from asserting any statute of limitations based on its representatives' repeated representations to me that they were continuing to investigate my Charge after the issuance of the first EEOC right-to-

8

1  sue letter.

2      I declare under penalty of perjury that the foregoing is true and

3  correct.

4      Executed at Boynton Beach, Florida on October 22, 2019.

5

6

        NATALIE LAMBERT

7

8

9

10

11

12

13

14

15

16

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NATALIE LAMBERT IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

# EXHIBIT A



September 22, 2015

**EEOC Complaint on the basis of Retaliation and Discrimination:**

Name of Employee filing complaint:  Natalie A Lambert

Name of Employer:  Uniregistry, Inc.
Address:
2161 San Joaquin Hills Road
Newport Beach, CA 92658
949-247-6707



RECEIVED

SEP 2 4 2015

EEOC/LADO
INTAKE

Additional Address for Uniregistry, Inc.:
P.O. Box 1400
Chelan, WA 98816-1400

**Complaint description:**
I began employment as Director of Business Development with Uniregistry, Inc. on October 28, 2014 and
worked out of the Newport Beach, CA address and was wrongfully terminated on March, 23rd, 2015. I
believe my wrongful termination was due to retaliation and discrimination by my former manager,
Sevan Derderian.
While employed with Uniregistry, Inc. I submitted a formal complaint to my upper management
regarding the discriminatory behavior by my manager. Following the compliant, I was threatened by
Sevan Derderian, that he would make my job very difficult if I ever went above him again to address his
behavior.  I contacted the following people in upper manager regarding his threat: Frank Schilling, Bret
Fausset, Michael Ward and Francisco Obispo.
During my employment, my job assignments were wrongly distributed, I was not provided with effective
training and was harassed and discriminated against on a daily basis by Sevan Derderian and several
other employees in the office which were all male. I was the only female in the Newport Beach office.
The harassment continued and escalated and on March 23rd, 2015, I was wrongfully terminated with no
explanation or justification.  Prior to my termination, I was given no notification or progressive
counseling and was told that I had to wait to receive my final paycheck in the mail which is a violation of
California Law.

Sincerely,
Natalie A Lambert

Address :
P.O. Box 4176
Boynton Beach, FL 33424
Phone

 9-22-15

Fax Cover

# of Pages including Cover: 2

Roybal Federal Building

Attention: Rosa Viramontes

Fax # 213-894-1118

* EEOC Complaint - CA - Los Angeles office

Notes: Enclosed is an EEOC
Complaint against Uniregistry, Inc.
A signed letter was also mailed
via Fedex to arrive today.
You may reach me at 561-292-8687
Best,
Natalie Lambert

# EXHIBIT B

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4ᵗʰ Floor
Los Angeles, CA 90012
Los Angeles Direct Dial: (213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

September 28, 2015

Respondent: Uniregistry, Inc.
EEOC Charge Number: 480-2015-03412

Natalie Lambert
PO Box 4176
Boynton Beach, FL 33424

Dear Ms. Lambert:

Your *charge intake questionnaire* concerning allegations of employment discrimination by the employer named above has been received by our office and reviewed. The charge intake questionnaire has been given the above-referenced charge number. We have also notified the employer that you are filing a charge, which we are required to do.

You have been scheduled for a **phone intake interview on Monday, December 7, 2015, at 10:00am.**

*If you are unable to keep this appointment or if an EEOC representative has not contacted you* <u>*after 15 minutes*</u> *of your appointment time you may contact John Sohn, CRTIU Supervisor, at (213) 894-1090 with specific dates and times that you are available. When you contact us please refer to the above EEOC charge number.*

**Please note that if you miss your scheduled appointment or an EEOC representative is unable to reach you, your charge may be processed from the information available.**

Sincerely,

John Sohn
CRTIU Supervisor

Office Hours: Monday – Friday, 8:00 a.m. – 4:30 p.m.
Website: www.eeoc.gov

# EXHIBIT C

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 480-2015-03412 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Natalie Lambert | (561) 292-8687 | |

| Street Address | City, State and ZIP Code |
|---|---|
| Po Box 4176, Boynton Beach, FL 33424 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNIREGISTRY, INC | 15 - 100 | (949) 247-6707 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2161 San Joaquin Hills Rd, Newport Beach, CA 92658 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-23-2015   Latest: 03-23-2015

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.     I have been employed by Uniregistry since on or about October 2014, most recently as the Director of Business Development. Since hired I have been constantly harassed by Sevan Derderian (Sevan) in that he often prevented me from doing my job, and I was told by Sevan that I should put a pic of me in my email because I was hot and that it would help me get business, told by various co-workers about trips they took to strip clubs. On or about November 2014, I complained to Frank Schilling (CEO) about Sevan and nothing was done. Subsequently Sevan found out and threatened me by telling me he was going to make my job very difficult. I have also been subjected to different terms and conditions of employment in that when I was at a conference in Las Vegas I was not advised of a special rate that I could have used to increase my sales. I also feel that the laptop that was given to me (originally Sevan's) had tracking software and my personal passwords and private information was collected. This was in turn used to antagonize me by Sevan when he would use my password in awkward sentences,

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| | |
| Dec 17, 2015 | JAN 19 2016<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br>EEOC/ADO<br>INTAKE |
| Date     Charging Party Signature | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 480-2015-03412 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| *State or local Agency, if any* | |

letting me know that he knew my information. On or about Mach 23, 2015, I was discharged.

II.      No reason was given to me for the above acts of discrimination.

III.      I believe I have been discriminated against due to my sex (female), in retaliation for complaining to Frank Schilling in Nov 2014, and because of my disability, which are in violation of Title VII of The Civil Rights Act of 1964, as amended and the Americans with Disabilities Act of 1990, as amended.

RECEIVED

JAN 1 9 2016

EEOC/LADO
INTAKE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. **SIGNATURE OF COMPLAINANT** |
| Dec 17, 2015 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day year)* |
| *Date*      *Charging Party Signature* | |

# EXHIBIT D



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                    GOVERNOR EDMUND G. BROWN, JR.

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

DIRECTOR PHYLLIS W. CHENG

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 | Videophone 916-226-5285 | TTY 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

| | |
|---|---|
| Frank Schilling | EEOC Number   480-2015-03412C |
| Chief Executive Officer | Case Name   Natalie Lambert |
| UNIREGISTRY, INC | Filing Date   January 19, 2016 |
| 4640 Admiralty Way Floor 5 | |
| Marina Del Rey, CA 90292 | |

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your Right to Sue notice. **This Right to Sue Notice allows you to file a private lawsuit in State court.** According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

DFEH-200-02 (07/13)

**EXHIBIT E**

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

TO:  **California Department Of Fair Employment & Housing**
**2218 Kausen Drive**
**Suite 100**
**Elk Grove, CA 95758**

Date  **February 1, 2016**
EEOC Charge No.
    **480-2015-03412**
FEPA Charge No.

**CHARGE TRANSMITTAL**

SUBJECT:

|   |   |   |   |
|---|---|---|---|
| **Natalie Lambert** | v. | **UNIREGISTRY, INC** | |
| *Charging Party* | | *Respondent* | |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC     ☐ _____ *Name of FEPA*     on     **Sep 25, 2015**
*Date of Receipt*

☒ Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver          ☐ FEPA waives

☐ No waiver requested          ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge
and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

Typed Name and Title of EEOC or FEPA Official
**Rosa M. Viramontes, District Director**

Signature/Initials

|   |   |   |   |
|---|---|---|---|
| **Natalie Lambert** | v. | **UNIREGISTRY, INC** | |
| *Charging Party* | | *Respondent* | |

**TO WHOM IT MAY CONCERN:**

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the
following reasons:

Typed Name and Title of EEOC or FEPA Official
**Annmarie Billotti, Director**

Signature/Initials

TO:  **Los Angeles District Office**
**255 E. Temple St. 4th Floor**
**Los Angeles, CA 90012**

Date  **February 1, 2016**
EEOC Charge No.
    **480-2015-03412**
FEPA Charge No.

# EXHIBIT F

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Natalie Lambert<br>P O Box 4176<br>Boynton Beach, FL 33424 | From: Los Angeles District Office<br>255 E. Temple St. 4th Floor<br><br>Los Angeles, CA 90012 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative<br>John H. Sohn,<br>Intake Supervisor | Telephone No.<br>(213) 894-1090 |
|---|---|---|
| 480-2015-03412 | | |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____   2/1/16

Rosa M. Viramontes,   *(Date Mailed)*
District Director

Enclosures(s)

cc:
Frank Schilling
Chief Executive Officer
UNIREGISTRY, INC
4640 Admiralty Way Floor 5
Marina Del Rey, CA 90292

EXHIBIT ___44___       PLTF.
WITNESS *Lambert*       DEFT.
CONSISTING OF ___1___ PAGES
DATE 8-14-19
BEHMKE REPORTING AND VIDEO SERVICES, INC.

EEOC 000039

# EXHIBIT G

02-24-16

**Equal Employment Opportunity Commission**
**Attention: John H. Sohn**
**255 East Temple Street**
**4th Floor**
**3/10/15**

**Los Angeles, CA 90012**

**EEOC Charge Number - 480-2015-03412**

**Dear John:**

**Per our conversation on February, 24th, 2016, enclosed is additional information and evidence relating to my charges of discriminaton while employed with Uniregistry.**

**Please feel free to reach out to me with any additional questions.**

**Thanks.**

**Best,**

**Natalie Lambert**
**561.292.8687 or 561.292.8689**

RECEIVED

MAR 23 2016

EEOC LADO
INTAKE

Tracking #
782599351464
shipped on 3|15|16
and signed for by
K.Kat on 3|17|12
at @ 10:22am



FedEx Office.

K.Kat 3/17/16
10:22am

Address:

Location:          BCTK
Device ID:        -BTC03
Transaction:     870131734524

FedEx 2Day A.M.
 82599351464        1.3 lB  (S)
    Declared Value    H

               Shipment subtotal    $33.50

                    Total Due    $33.50

H = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details

Visit us at: fedex.com
Or call 1 800 GoFedEx
1 800

March 15, 2016 2:43:01 PM

********* WE LISTEN *********
Tell us how we're doing
& receive a discount on your next order!
fedex.com/welisten or 800-398-0242
Redemption Code:

*** Thank you ***

AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



**EXHIBIT H**



**SCOTT WAGNER**
AND ASSOCIATES, P.A.

EMPLOYMENT • CIVIL RIGHTS • HEALTHCARE
*www.scottwagnerlaw.com*

Sender E-Mail: LWagner@scottwagnerlaw.com

March 23, 2017

**VIA U.S. MAIL & FACSIMILE: (213) 894-1118**
Ms. Patricia Kane
Equal Employment Opportunity Commission
255 E Temple Street, 4th Floor
Los Angeles, CA 90012

**Re:**    Lambert, Natalie vs. Uniregistry
           EEOC Charge No.: 213-894-6573
           Our File No.: 16526

Dear Investigator Kane,

Our firm has the pleasure of representing Ms. Natalie Lambert regarding the above referenced matter.  We request that all future communications be directed to our office.

Sincerely,


LINDSEY WAGNER
LW:es

T: (561)653-0008
F:(561)653-0020
TF: (877)907-2688

250 S. Central Blvd. Ste. 104A
Jupiter, Florida 33458
Additional office in West Palm Beach

ꭕ   ꭕ   ꭕ   Communication Result Report ( Mar. 23.  2017  1:50PM ) ꭕ   ꭕ   ꭕ

Date/Time: Mar. 23.  2017  1:49PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5537 | Memory TX | 12138941118 | P. 1 | OK | |

--------------------------------------------------------------------

Reason for error
E. 1) Hang up or line fail                 E. 2) Busy
E. 3) No answer                            E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size            E. 6) Destination does not support IP-Fax



**SCOTT WAGNER** AND ASSOCIATES, P.A.

EMPLOYMENT-CIVIL RIGHTS-HEALTHCARE
www.scottwagnerlaw.com

March 23, 2017

**VIA U.S. MAIL & FACSIMILE:** (213) 894-1118
Ms. Patricia Kane
Equal Employment Opportunity Commission
255 E Temple Street, 4th Floor
Los Angeles, CA 90012

Re:   Lambert, Natalie vs. Univision
      EEOC Charge No.: 213-894-6573
      Our File No.: 16526

Dear Investigator Kane,

Our firm has the pleasure of representing Ms. Natalie Lambert regarding the above referenced matter. We request that all future communications be directed to our office.

Sincerely,

LINDSEY WAGNER
LW:zz

T: (561) 653-0008
F: (561) 653-0020
TF: (877) 907-2688

250 S. Central Blvd. Ste. 104A
Jupiter, Florida 33458
Additional office in West Palm Beach

# EXHIBIT I



SCOTT
WAGNER
AND ASSOCIATES, P.A.

EMPLOYMENT • CIVIL RIGHTS • HEALTHCARE
*www.scottwagnerlaw.com*

Sender E-Mail: LWagner@scottwagnerlaw.com

March 31, 2017

**VIA U.S. MAIL**
Ms. Patricia Kane
Equal Employment Opportunity Commission
255 E Temple Street, 4th Floor
Los Angeles, CA 90012

**Re:**    Lambert, Natalie vs. Uniregistry
EEOC Charge No.: 213-894-6573
Our File No.: 16526

Dear Investigator Kane,

Our firm has the pleasure of representing Ms. Natalie Lambert regarding the above referenced
matter. Pursuant to your previous conversation with Ms. Lambert regarding re-evaluating her
Charge, please see the attached documentation.

Please let me know if you have any questions.

Sincerely,

LINDSEY WAGNER
LW:es

T: (561)653-0008
F:(561)653-0020

250 S. Central Blvd. Ste. 104A
Jupiter, Florida 33458

# EXHIBIT J



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

Natalie Lambert                              Charging Party
P.O. Box 4176
Boynton Beach, FL 33424

Uniregistry, Inc.                            Respondent
4640 Admiralty Way Floor 5
Marina Del Rey, CA 90292
ATTN: Frank Schilling, Chief Executive Officer

## NOTICE OF INTENT TO RECONSIDER

Pursuant to 29 CFR 1601.21 of the Commission's Procedural Regulations which reads in part:

> The Commission may, however, on its own initiative, reconsider its decision
> or the determination of any of its designated officers who have authority to
> issue Letters of Determination.

Accordingly, I intend to rescind the Dismissal Right to Sue issued on February 1, 2016 for
charge 480-2015-03412.   Therefore, this notice vacates that Dismissal and revokes the Notice of
Right to Sue issued on EEOC Charge No. 480-2015-03421 issued on February 1, 2016 in order
to continue the processing of the charge.

If you have any questions regarding this letter please contact Patricia Kane, Enforcement
Manager at (213) 894-1021.

On behalf of the Commission,

5/25/17
Date

Rosa M. Viramontes, District Director
Los Angeles District Office

Cc: Scott Wagner and Associates
    250 S. Central Blvd. Ste. 104 A
    Jupiter, FL 33458
    Attn: Lindsey, Wagner, Attorney

# EXHIBIT K

**From:** JACQUELINE ESCOBAR
**Sent:** Tuesday, July 18, 2017 10:03 AM
**To:** 'bretfausett@uniregistry.com' <bretfausett@uniregistry.com>
**Subject:** EEOC Charge 480-2015-03412

Pursuant to our phone conversation, please see the attached Notice of Intent to Reconsider signed on May 25, 2017 regarding Natalie Lambert vs. Uniregistry. Furthermore, I would like to schedule interviews with the following individuals: Frank Pavilinois, Director of Sales; Vern Jurovich, COO; and Amanda Fessenden, Marketing. Please let me know the best date and time to conduct these interviews. Interviews usually take about 1 hour.  Based on our phone conversation, it's my understanding that some of these individuals are not in the Los Angeles area, and for this reason we might need to conduct phone interviews. Please provide a respond by COB July 25, 2017.

**Please confirm receipt of this email.**

*Jacqueline Escobar*

Federal Investigator
U.S. Equal Employment Opportunity Commission
255 East Temple St., 4th Floor | Los Angeles, CA 90012
**Tel** (213) 894-0290 | **Fax** (213) 894-1118
**Email** jacqueline.escobar@eeoc.gov
**Web** www.eeoc.gov

<image002.jpg>

<480-2015-03412 Notice of Intent to Reconsider.pdf>

**From:** Ocheltree, Lorraine P. [mailto:LPOcheltree@duanemorris.com] Page 37 of 47 Page ID #:637
**Sent:** Monday, July 24, 2017 3:36 PM
**To:** JACQUELINE ESCOBAR <JACQUELINE.ESCOBAR@EEOC.GOV>
**Subject:** EEOC Charge 480-2015-03412 - Lambert v. Uniregistry

Dear Ms. Escobar,

Our firm is representing Uniregistry, Inc. with regard to with Notice of Intent to Reconsider the above-referenced charge apparently filed by Natalie Lambert. Uniregistry was not served with Ms. Lambert's charg the dismissal, the right to sue (referenced in the Notice of Intent to Reconsider) or any other documents relating to her claim, aside from the Notice of Intent to Reconsider. We would appreciate your forwarding tl charge, dismissal, right to sue, and any other documents relevant to the claim so that we can better understand what Ms. Lambert may be alleging and to fully defend against be better prepared to defend against it. Once we have those documents, we can move forward with your request for interviews.

Separately, I would also like to speak to you at your convenience about the Commission's decision to reopen the charg more than a year after dismissing it. While Uniregistry has every intention of working cooperatively with the EEOC, th lack of notice and subsequent delay gives rise to statute of limitations and due process concerns.

I look forward to hearing from you.

Lori Ocheltree



www.duanemorris.com
**Lori Ocheltree**
Partner

Duane Morris LLP          P: +1 415 957 3234
Spear Tower               F: +1 415 651 8534
One Market Plaza, Suite 2200   C: +1 415 595 4635
San Francisco, CA 94105-1127
E·MAIL | BIO | VCARD

> **From:** JACQUELINE ESCOBAR
> **Sent:** Tuesday, July 18, 2017 10:03 AM
> **To:** 'bretfausett@uniregistry.com' <bretfausett@uniregistry.com>
> **Subject:** EEOC Charge 480-2015-03412
>
> Pursuant to our phone conversation, please see the attached Notice of Intent to Reconsider signed on May 25, 2017 regarding Natalie Lambert vs. Uniregistry. Furthermore, I would like to schedule interviews with the following individuals: Frank Pavilinois, Director of Sales; Vern Jurovich, COO; and Amanda Fessenden, Marketing. Please let me know the best date and time to conduct these interviews. Interviews usually take about 1 hour. Based on our phone conversation, it's my understanding that

some of these individuals are not in the Los Angeles area, and for this reason we might need to cond[uct] phone interviews. Please provide a respond by COB July 25, 2017.

Please confirm receipt of this email.

*Jacqueline Escobar*

Federal Investigator
U.S. Equal Employment Opportunity Commission
255 East Temple St., 4th Floor | Los Angeles, CA 90012
Tel (213) 894-0290 | Fax (213) 894-1118
Email jacqueline.escobar@eeoc.gov
Web www.eeoc.gov



| | |
|---|---|
| **From:** | Ocheltree, Lorraine P. <LPOcheltree@duanemorris.com> |
| **Sent:** | Wednesday, July 26, 2017 3:20 PM |
| **To:** | JACQUELINE ESCOBAR |
| **Subject:** | RE: EEOC Charge 480-2015-03412 - Lambert v. Uniregistry |

**Follow Up Flag:**          Follow up
**Flag Status:**             Flagged

Thank you for your reply. I look forward to receiving the documents.

Lori Ocheltree



www.duanemorris.com

**Lori Ocheltree**
Partner

Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

P: +1 415 957 3234
F: +1 415 651 8534
C: +1 415 595 4635

E MAIL | BIO | VCARD

**From:** JACQUELINE ESCOBAR [mailto:JACQUELINE.ESCOBAR@EEOC.GOV]
**Sent:** Wednesday, July 26, 2017 3:12 PM
**To:** Ocheltree, Lorraine P. <LPOcheltree@duanemorris.com>
**Subject:** RE: EEOC Charge 480-2015-03412 - Lambert v. Uniregistry

Should you have any questions regarding the Commission's decision to reopen the charge more than a year after dismissing it, you may contact Patricia Kane, EEEOC Enforcement Manager at (213) 894-1021. Please make sure you have the EEOC Charge No. and the name of the Company in hand. I will be emailing you the documents requested in the coming days.

Best,

Jacqueline

*Jacqueline Escobar*

Federal Investigator
U.S. Equal Employment Opportunity Commission
255 East Temple St., 4th Floor | Los Angeles, CA 90012
Tel (213) 894-0290 | Fax (213) 894-1118
Email jacqueline.escobar@eeoc.gov
Web www.eeoc.gov

m: Ocheltree, Lorraine P. [mailto:LPOcheltree@duanemorris.com]

t: Friday, August 11, 2017 3:19 PM

JACQUELINE ESCOBAR <JACQUELINE.ESCOBAR@EEOC.GOV>

ject: RE: EEOC Charge 480-2015-03412 - Lambert v. Uniregistry

Jacqueline,

nk you for these documents. I have not spoken to Ms. Kane yet as I wanted to review the documents first. I will iew them next week and then will try to speak with Ms. Kane. I would like to put off the interviews until after that cussion takes place as there are statute of limitation/due process issues that should be addressed. If we proceed with erviews, I have limited availability through the end of the month. September may be a better option. Of course, I'll e to check with the witnesses (if they are still employed) regarding their as well.

get back to you after I speak with Ms. Kane. Thank you and enjoy your weekend.

www.duanemorris.com

orl Ocheltree
artner

uane Morris LLP
pear Tower
ne Market Plaza, Suite 2200
an Francisco, CA 94105-1127

P: +1 415 957 3234
F: +1 415 651 8534
C: +1 415 595 4635

**From:** Ocheltree, Lorraine P. <LPOcheltree@duanemorris.com>
**Sent:** Monday, November 06, 2017 11:48 AM
**To:** JACQUELINE ESCOBAR
**Subject:** RE: EEOC Charge 480-2015-03412

I'm already working on it. Will let you know when I know.

| www.duanemorris.com | |
|---|---|
| **Lori Ocheltree**<br>Partner | |
| **Duane Morris LLP**<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127 | P: +1 415 957 3234<br>F: +1 415 651 8534<br>C: +1 415 595 4635 |
| E MAIL \| BIO \| VCARD | |

---

**From:** JACQUELINE ESCOBAR [mailto:JACQUELINE.ESCOBAR@EEOC.GOV]
**Sent:** Monday, November 6, 2017 10:39 AM
**To:** Ocheltree, Lorraine P. <LPOcheltree@duanemorris.com>
**Subject:** RE: EEOC Charge 480-2015-03412

Provide me with alternative dates by COB Friday, November 10, 2017.

Respectfully,

Jacqueline

*Jacqueline Escobar*

Federal Investigator
U.S. Equal Employment Opportunity Commission
255 East Temple St., 4th Floor | Los Angeles, CA 90012
Tel (213) 894-0290 | Fax (213) 894-1118
Email jacqueline.escobar@eeoc.gov
Web www.eeoc.gov



## JACQUELINE ESCOBAR

**From:** Ocheltree, Lorraine P. <LPOcheltree@duanemorris.com>
**Sent:** Monday, November 06, 2017 10:38 AM
**To:** JACQUELINE ESCOBAR
**Subject:** RE: EEOC Charge 480-2015-03412

Too bad but I understand.  The rest of that week does not work for Vern and I, but we will try to come up with an alternate date or dates that work around your schedule.

Lori




**Lori Ocheltree**
Partner

Duane Morris LLP                  P: +1 415 957 3234
Spear Tower                       F: +1 415 651 8534
One Market Plaza, Suite 2200      C: +1 415 595 4635
San Francisco, CA 94105-1127
E-MAIL | BIO | VCARD

**From:** JACQUELINE ESCOBAR [mailto:JACQUELINE.ESCOBAR@EEOC.GOV]
**Sent:** Monday, November 6, 2017 9:18 AM
**To:** Ocheltree, Lorraine P. <LPOcheltree@duanemorris.com>
**Subject:** RE: EEOC Charge 480-2015-03412

I am not in the office Monday's or Thursday's. I am available Tue, Wed or Friday anytime between 7am t    .0pm (pacific time).

*Jacqueline Escobar*

Federal Investigator
U.S. Equal Employment Opportunity Commission
255 East Temple St., 4th Floor | Los Angeles, CA 90012
Tel (213) 894-0290 | Fax (213) 894-1118
Email jacqueline.escobar@eeoc.gov
Web www.eeoc.gov



## JACQUELINE ESCOBAR

| | |
|---|---|
| **From:** | Ocheltree, Lorraine P. <LPOcheltree@duanemorris.com> |
| **Sent:** | Friday, November 10, 2017 3:36 PM |
| **To:** | JACQUELINE ESCOBAR |
| **Subject:** | Re: EEOC Charge 480-2015-03412 |

Ms. Escobar,

You asked me to get back to you today. I have reached out to Mr. Jurovich for alternate dates for an interview but have not heard back yet. I will let you know when I hear from him.

Lori Ocheltree

Sent from my iPhone

On Nov 6, 2017, at 10:39 AM, JACQUELINE ESCOBAR <JACQUELINE.ESCOBAR@EEOC.GOV> wrote:

> Provide me with alternative dates by COB Friday, November 10, 2017.
>
> Respectfully,
>
> Jacqueline
>
> *Jacqueline Escobar*
> Federal Investigator
> U.S. Equal Employment Opportunity Commission
> 255 East Temple St., 4th Floor | Los Angeles, CA 90012
> Tel (213) 894-0290 | Fax (213) 894-1118
> Email jacqueline.escobar@eeoc.gov
> Web www.eeoc.gov
>
> <image003.jpg>
>
> ----------------------------------------------------------------
>
> **From:** Ocheltree, Lorraine P. [mailto:LPOcheltree@duanemorris.com]
> **Sent:** Monday, November 06, 2017 10:38 AM
> **To:** JACQUELINE ESCOBAR <JACQUELINE.ESCOBAR@EEOC.GOV>
> **Subject:** RE: EEOC Charge 480-2015-03412
>
> Too bad but I understand. The rest of that week does not work for Vern and I, but we will try to come up with an alternate date or dates that work around your schedule.
>
> Lori

www.duanemorris.com

**Lori Ocheltree**
Partner

Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
E-MAIL | BIO | VCARD

P: +1 415 957 3234
F: +1 415 651 8534
C: +1 415 595 4635

**From:** JACQUELINE ESCOBAR
[mailto:JACQUELINE.ESCOBAR@EEOC.GOV]
**Sent:** Monday, November 27, 2017 9:53 AM
**To:** Ocheltree, Lorraine P. <LPOcheltree@duanemorris.com>
**Subject:** RE: EEOC Charge 480-2015-03412

Ms. Ocheltree,

Thank you for your immediate response. The date and time work for me. What number should I dial? Or will you be calling in?

*Jacqueline Escobar*
**Federal Investigator**
U.S. Equal Employment Opportunity Commission
255 East Temple St., 4th Floor | Los Angeles, CA 90012
**Tel** (213) 894-0290 | **Fax** (213) 894-1118
**Email** jacqueline.escobar@eeoc.gov
**Web** www.eeoc.gov

<image003.jpg>

**From:** Ocheltree, Lorraine P. [mailto:LPOcheltree@duanemorris.com]
**Sent:** Monday, November 27, 2017 9:49 AM
**To:** JACQUELINE ESCOBAR <JACQUELINE.ESCOBAR@EEOC.GOV>
**Subject:** RE: EEOC Charge 480-2015-03412

Dear Ms. Escobar,

Both Mr. Jurovich and I are available for his interview on the afternoon of Wednesday, December 20, 2017, preferably after 2:00 p.m. Please advise at your earliest convenience whether that date and time work for you.

Lori Ocheltree

<image002.png>

www.duanemorris.com

**Lori Ocheltree**
Partner

Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
E-MAIL | BIO | VCARD

P: +1 415 957 3234
F: +1 415 651 8534
C: +1 415 595 4635

**From:** JACQUELINE ESCOBAR
[mailto:JACQUELINE.ESCOBAR@EEOC.GOV]
**Sent:** Monday, November 27, 2017 8:10 AM
**To:** Ocheltree, Lorraine P. <LPOcheltree@duanemorris.com>
**Subject:** RE: EEOC Charge 480-2015-03412

JELINE ESCOBAR [mailto:JACQUELINE.ESCOBAR@EEOC.GOV]

ly, January 23, 2018 10:38 AM

e, Lorraine P. <LPOcheltree@duanemorris.com>

EEOC Charge 480-2015-03412

may decline to sign the affidavit per counsel. I will just input it on my notes that the witness declined t

scobar

nployment Opportunity Commission

District Office

nple St., 4th Floor | Los Angeles, CA 90012

894-0290 | Fax (213) 894-1118

line.escobar@eeoc.gov

eoc.gov

# EXHIBIT L

EEOC Form 161 (11/16)



U.S. **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Natalie Lambert**<br>**P O Box 4176**<br>**Boynton Beach, FL 33424** | From: | **Los Angeles District Office**<br>**255 E. Temple St. 4th Floor**<br>**Los Angeles, CA 90012** |
|---|---|---|---|

☐　*On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **480-2015-03412** | **Jacqueline Escobar,**<br>**Investigator** | **(213) 894-1000** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐　The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐　Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐　The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐　Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒　The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐　The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐　Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

| Enclosures(s) | _____<br>**Rosa M. Viramontes,**<br>**District Director** | 2-6-18<br>*(Date Mailed)* |
|---|---|---|

cc:　**Stacey Judah, Paralegal**
　　**Scott Wagner and Associates, P.A.**
　　**250 S. Central Blvd. #104A**
　　**Jupiter, FL 33458**

　　**Lori Ocheltree, Esq.**
　　**Duane Morris, LLP**
　　**Spear Tower**
　　**One Market Plaza, Suite 2200**
　　**San Francisco, CA 94105-1127**