UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:18-cv-01566-JLS-JDE                                   Date: November 21, 2019
Title: Natalie Lambert v. Uniregistry, Inc. et al.

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                   Not Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE RE REMAND (Doc. 38)**

On November 18, 2019, the Court ordered Defendants to show cause why the Court should not remand this action to Orange County Superior Court.  (Doc. 38.) Defendants timely filed a response.  (Doc. 40.)  In light of that response, the Court DISCHARGES the Order to Show Cause.

Initials of Preparer:  tg