JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION - SANTA ANA)

| | |
|---|---|
| NATALIE LAMBERT,<br><br>Plaintiff,<br><br>v.<br><br>UNIREGISTRY, INC., a Delaware corporation; SEVAN DERDERIAN,<br><br>Defendants. | Case No. 8:18-cv-01566-JLS-JDE<br><br>**JUDGMENT**<br><br>(Orange County Superior Court, Case No. 30-2018-01007644-CU-OE-CJC) |

| 1 | On December 2, 2019, this Court entered an Order Granting Defendants |
| 2 | Uniregistry, Inc.'s and Sevan Derderian's (collectively "Defendants'") Motion for |
| 3 | Summary Judgment (Doc. 22), following briefing by the parties and a hearing on |
| 4 | November 15, 2019. Specifically, the Court granted summary judgment in |
| 5 | Defendants' favor and against Plaintiff Natalie Lambert on Plaintiff's First Claim for |
| 6 | Sexual Harassment under the California Fair Employment and Housing Act (FEHA) |
| 7 | (Cal. Gov. Code § 12940(j)) and Second Claim for Retaliation under FEHA (Cal. |
| 8 | Gov. Code § 12940(h)). Therefore, Plaintiff Natalie Lambert shall recover nothing |
| 9 | from Defendants and this case shall be dismissed in favor of Defendants on the |
| 10 | merits.


On December 2, 2019, this Court entered an Order Granting Defendants Uniregistry, Inc.'s and Sevan Derderian's (collectively "Defendants'") Motion for Summary Judgment (Doc. 22), following briefing by the parties and a hearing on November 15, 2019. Specifically, the Court granted summary judgment in Defendants' favor and against Plaintiff Natalie Lambert on Plaintiff's First Claim for Sexual Harassment under the California Fair Employment and Housing Act (FEHA) (Cal. Gov. Code § 12940(j)) and Second Claim for Retaliation under FEHA (Cal. Gov. Code § 12940(h)). Therefore, Plaintiff Natalie Lambert shall recover nothing from Defendants and this case shall be dismissed in favor of Defendants on the merits.

IT IS THEREFORE ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Uniregistry, Inc. and Sevan Derderian and against Plaintiff Natalie Lambert and that Defendant Uniregistry, Inc. recover its costs.

Dated: December 20, 2019

*/s/ Josephine L. Staton*

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE